UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Edwin Ackerman, Jr., | : | |
| Debtor. | : | Bankruptcy No.   20-13657-MDC |

# **O R D E R**

**AND NOW**, this 29th day of September 2020, upon Motion of the Debtor, it is hereby **ORDERED** that the automatic stay under 11 U.S.C. §362 is continued and is extended until **October 20, 2020**.  A hearing to consider further extension of stay is scheduled for **October 20, 2020, at 10:30 a.m., in Bankruptcy Courtroom No. 2, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania**.

Debtor shall serve this Order and Motion on all creditors by October 1, 2020 and file a certification of service with the Court.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912