## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 📞 479-273-4000

Pay Period: 09/12/2020 - 09/25/2020



Deposit Date: 10-01-2020
Advice # 539005305

PAID TO
**EDWIN ACKERMAN**     **$134.75**

16 ROSE ST
FEASTERVILLE, PA 19053     NAVY FCU     CHECK DEPOSIT     xxxxxxx6305     $134.75

THIS IS NOT A REAL CHECK



**CURRENT PAY OVERVIEW**

- Netpay
- Deductions
- Taxes

09/12 - 09/25

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 3.97 |
| PROTECTED PTO | 19.48 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 14.29 | $11.0000 | $157.19 | $6,404.20 |
| OVERTIME EARN | | | $0.00 | $29.38 |
| COVID-LS | | | $0.00 | $300.00 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| WRKDHRS | 14.29 | | | |
| Total | | | $157.19 | $6,883.58 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $0.00 | $278.18 |
| SOCIAL SECURITY | $9.74 | $426.78 |
| MEDICARE | $2.28 | $99.81 |
| PENNSYLVANIA | $4.83 | $211.33 |
| PA LOCAL TAX | $5.50 | $240.04 |
| SUI | $0.09 | $4.13 |
| Total | $22.44 | $1,260.27 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $134.75 | $5,623.31 |

All Material Walmart Confidential. © 2020

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 08/29/2020 - 09/11/2020**

PAID TO
**EDWIN ACKERMAN**                                     $677.87

Deposit Date: 09-17-2020
Advice # 537538403

16 ROSE ST
FEASTERVILLE, PA 19053

NAVY FCU     CHECK DEPOSIT     xxxxxxx6305     $677.87

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**



08/29 - 09/11

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 3.62 |
| PROTECTED PTO | 19.01 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 75.66 | $11.0000 | $832.26 | $6,247.01 |
| OVERTIME EARN | | | $0.00 | $29.38 |
| COVID-LS | | | $0.00 | $300.00 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| WRKDHRS | 75.66 | | | |
| Total | | | $832.26 | $6,726.39 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $35.53 | $278.56 |
| SOCIAL SECURITY | $51.60 | $417.04 |
| MEDICARE | $12.07 | $97.53 |
| PENNSYLVANIA | $25.55 | $206.50 |
| PA LOCAL TAX | $29.14 | $234.16 |
| SUI | $0.50 | $4.04 |
| Total | $154.39 | $1,237.83 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $677.87 | $5,488.56 |

All Material Walmart Confidential. © 2020

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 08/15/2020 - 08/28/2020**

PAID TO
**EDWIN ACKERMAN**           $651.30

Deposit Date: 09-03-2020
Advice # 536044713

16 ROSE ST
FEASTERVILLE, PA 19053

NAVY FCU    CHECK DEPOSIT    xxxxxx6305    $651.30

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**



08/15 - 08/28

Netpay / Deductions / Taxes

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 1.76 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.99 | $11.0000 | $791.89 | $5,414.75 |
| OVERTIME EARN | 0.32 | $16.5000 | $5.28 | $29.38 |
| COVID-LS | | | $0.00 | $300.00 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| WRKDHRS | 72.31 | | | |
| Total | | | $797.17 | $5,894.13 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $32.02 | $243.03 |
| SOCIAL SECURITY | $49.43 | $365.44 |
| MEDICARE | $11.55 | $85.46 |
| PENNSYLVANIA | $24.47 | $180.95 |
| PA LOCAL TAX | $27.92 | $205.02 |
| SUI | $0.48 | $3.54 |
| Total | $145.87 | $1,083.44 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $651.30 | $4,810.69 |

All Material Walmart Confidential. © 2020

Online Paystub                                                                                 https://one.walmart.com/services/onlinepaystub/O...

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 📞 479-273-4000

**Pay Period: 08/01/2020 - 08/14/2020**

Deposit Date: 08-20-2020
Advice # 534506443

PAID TO
**EDWIN ACKERMAN**                                          **$877.12**

16 ROSE ST
FEASTERVILLE, PA 19053

NAVY FCU        CHECK DEPOSIT        xxxxxxx6305        $877.12

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

- Netpay
- Deductions
- Taxes

08/01 - 08/14

PTO        HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 72.21 | $11.0000 | $794.31 | $4,622.86 |
| OVERTIME EARN | 0.46 | $16.5000 | $7.59 | $24.10 |
| COVID-LS | | | $300.00 | $300.00 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| WRKDHRS | 72.67 | | | |
| Total | | | $1,101.90 | $5,096.96 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

**CATEGORY**

Pay Category        Hourly

**FEDERAL TAX WITHHOLDING**

Tax Method        Single
Claim Dependents        $0.00
Additional Withholding        $0.00

**STATE TAX WITHHOLDING**

Tax Method        Single
Exemptions        0
Additional Withholding        $0.00

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $67.40 | $211.01 |
| SOCIAL SECURITY | $68.32 | $316.01 |
| MEDICARE | $15.98 | $73.91 |
| PENNSYLVANIA | $33.83 | $156.48 |
| PA LOCAL TAX | $38.59 | $177.10 |
| SUI | $0.66 | $3.06 |
| Total | $224.78 | $937.57 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $877.12 | $4,159.39 |

All Material Walmart Confidential. © 2020

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 📞 479-273-4000

Pay Period: 07/18/2020 - 07/31/2020

Deposit Date: 08-06-2020
Advice # 532995313

PAID TO
**EDWIN ACKERMAN**                                                                          **$655.10**

16 ROSE ST                NAVY FCU            CHECK DEPOSIT       xxxxxx6305         $655.10
FEASTERVILLE, PA 19053

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**



07/18 - 07/31

- Netpay
- Deductions
- Taxes

PTO            HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 72.37 | $11.0000 | $796.07 | $3,828.55 |
| OVERTIME EARN | 0.37 | $16.5000 | $6.10 | $16.51 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| WRKDHRS | 72.74 | | | |
| Total | | | $802.18 | $3,995.06 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

**CATEGORY**

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $32.52 | $143.61 |
| SOCIAL SECURITY | $49.73 | $247.69 |
| MEDICARE | $11.63 | $57.93 |
| PENNSYLVANIA | $24.63 | $122.65 |
| PA LOCAL TAX | $28.09 | $138.51 |
| SUI | $0.48 | $2.40 |
| Total | $147.08 | $712.79 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $655.10 | $3,282.27 |

All Material Walmart Confidential. © 2020

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 07/04/2020 - 07/17/2020**

Deposit Date: 07-23-2020
Advice # 531527962

PAID TO
**EDWIN ACKERMAN**                          **$516.12**

16 ROSE ST          NAVY FCU          CHECK DEPOSIT      xxxxxx6305      $516.12
FEASTERVILLE, PA 19053

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**



Netpay
Deductions
Taxes

07/04 - 07/17

PTO         HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 56.24 | $11.0000 | $618.64 | $3,032.48 |
| OVERTIME EARN | | | $0.00 | $10.40 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| WRKDHRS | 56.24 | | | |
| Total | | | $618.64 | $3,192.88 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| Total | $0.00 | $0.00 |

**CATEGORY**
Pay Category     Hourly

**FEDERAL TAX WITHHOLDING**
Tax Method       Single
Claim Dependents $0.00
Additional Withholding  $0.00

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $14.17 | $111.09 |
| SOCIAL SECURITY | $38.36 | $197.96 |
| MEDICARE | $8.97 | $46.30 |
| PENNSYLVANIA | $18.99 | $98.02 |
| PA LOCAL TAX | $21.66 | $110.42 |
| SUI | $0.37 | $1.92 |
| Total | $102.52 | $565.71 |

**STATE TAX WITHHOLDING**
Tax Method       Single
Exemptions       0
Additional Withholding  $0.00

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $516.12 | $2,627.17 |

All Material Walmart Confidential. © 2020