**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**In re:  EDWIN ACKERMAN, JR.**          :          **CHAPTER 13**
                                         :          **BANKRUPTCY NO. 20-13657**
                                         :


**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

Edwin Ackerman, Jr. has filed an objection to the proof of claim you filed in this
bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.  You should read these papers
   carefully and discuss them with your attorney, if you have one. (If you do not have
   an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer
   must attend the hearing on the objection**, scheduled to be held on February 16, 2021,
   at 10:30 a.m., in Courtroom 2, United States Bankruptcy Court, 900 Market Street, 2nd
   Floor, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the
   objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must
   notify the person listed below at least 7 days before the hearing date.**  If you do not
   notify the person listed below that you intend to appear, the Objector will be entitled to a
   postponement of the hearing.


Date: January 5, 2021               /s/ Paul H. Young,
                                    PAUL H. YOUNG, ESQUIRE
                                    YOUNG, MARR & ASSOCIATES, LLC
                                    3554 Hulmeville Road, Suite 102
                                    Bensalem, PA 19020
                                    P: 215-639-5297
                                    F: 215-639-1344
                                    support@ymalaw.com