**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  EDWIN ACKERMAN, JR.          :          CHAPTER 13
                                     :          BANKRUPTCY NO. 20-13657
                                     :

## ORDER

And now this 18th day of February, 2021, upon consideration of the Movants' Objection to the Proof of Claim filed by PYOD, LLC, Proof of Claim No. 1, it is hereby:

ORDERED and DECREED that the Objection is SUSTAINED and the Proof of Claim filed by PYOD, LLC, Proof of Claim No. 1, is hereby stricken and excluded from the bankruptcy.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**