United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edwin Ackerman, Jr.  
  Debtor

Case No. 20-13657-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2  
Date Rcvd: Mar 04, 2021    Form ID: 155    Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Ackerman, Jr., 16 Rose Avenue, Feasterville Trevose, PA 19053-4324 |
| 14536769 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 14536768 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14551344 | | Emergency Care Services of PA, P.C, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14536771 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 14536770 | + | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14551336 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14539748 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14536776 | | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 14536775 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14536766 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 05 2021 02:24:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 14536767 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 05 2021 02:24:00 | Credit Collection Service, Po Box 447, Norwood, MA 02062-0447 |
| 14539069 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 02:35:46 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14536772 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14536774 | + | Email/Text: bankruptcy@sw-credit.com | Mar 05 2021 02:23:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14536773 | + | Email/Text: bankruptcy@sw-credit.com | Mar 05 2021 02:23:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: 155 | Total Noticed: 16 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021                    Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Debtor Edwin Ackerman Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edwin Ackerman, Jr.
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−13657−mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 4, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Magdeline D. Coleman
                                                          Chief Judge ,
                                                          United States Bankruptcy Court

                                                                                     41 − 25
                                                                                   Form 155