# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-13657-MDC

EDWIN ACKERMAN, JR.

16 ROSE AVENUE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN ACKERMAN, JR.

    16 ROSE AVENUE

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 11/30/2021

    /S/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee