22-0071

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edwin Ackerman, Jr.<br><br>　　　　　　　　　　Debtor(s)<br><br>Deborah E. Ackerman, CoDebtor | Chapter 13 Proceeding<br><br>Case No.  20-13657 MDC |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

　　　　　　　　　　　　　　　POWERS KIRN, LLC

　　　　　　　　　　　　　　　By:  /s/  **Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　Dated: January 25, 2022