## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:  EDWIN ACKERMAN, JR.** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor** | **:** | **NO. 20-13657** |

# O R D E R

   **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc.**

**#** 64 **)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

   It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan **(Doc. #** 41 **)** is **APPROVED**.

**Date:** March 22, 2022

*Magdeline D. Coleman*
_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**