# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-13657-MDC

EDWIN  ACKERMAN, JR.

16 ROSE AVENUE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN  ACKERMAN, JR.

    16 ROSE AVENUE

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 8/24/2023

                                                    /S/ Kenneth E. West
                                                    _____
                                                    Kenneth E. West, Esquire
                                                    Chapter 13 Standing Trustee