LAW OFFICES
McCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
<u>Roswell,   GA 30076</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

July 29, 2024

Clerk, United States Bankruptcy Court
400 Robert N.C. Nix Bldg.
900 Market St.
Philadelphia, PA 19107-4299

**<u>REQUEST FOR SERVICE OF NOTICES</u>**

RE:

| | |
|---|---|
| Debtor | Edwin Ackerman, Jr. |
| Case Number | 20-13657 |
| Chapter | 13 |
| Secured Creditor | U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 |
| Loan Number | XXXXXX6561 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.   If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Maria Tsagaris
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
1544 Old Alabama Road
Roswell, GA   30076
Phone: 678-281-6532
Email: Maria.Tsagaris@mccalla.com
Attorney Bar No: 143071