Certificate Number: 03621-PAE-DE-040135165

Bankruptcy Case Number: 20-13657



03621-PAE-DE-040135165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2025, at 9:51 o'clock AM EDT, Edwin Ackerman completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 27, 2025        By:    /s/Kate Casique

                                  Name:  Kate Casique

                                  Title: Credit Counselor