United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edwin Ackerman, Jr.  
    Debtor

Case No. 20-13657-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 27, 2025      Form ID: 138OBJ      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Ackerman, Jr., 16 Rose Avenue, Feasterville Trevose, PA 19053-4324 |
| 14664234 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14536769 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 14536768 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14539748 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2025 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14536766 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2025 00:39:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 14536767 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2025 00:39:00 | Credit Collection Service, Po Box 447, Norwood, MA 02062-0447 |
| 14551344 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2025 00:39:00 | Emergency Care Services of PA, P.C, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14536770 | ^ | MEBN | Oct 28 2025 00:33:14 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14536771 | ^ | MEBN | Oct 28 2025 00:33:13 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 14910950 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 28 2025 00:39:00 | U.S. Bank National Association, as Indenture Trust, C/O Paul H. Young, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14551336 | | Email/Text: mtgbk@shellpointmtg.com | Oct 28 2025 00:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14539069 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2025 00:48:28 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14536772 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14536774 | + | Email/Text: bankruptcy@sw-credit.com | Oct 28 2025 00:39:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14536773 | + | Email/Text: bankruptcy@sw-credit.com | Oct 28 2025 00:39:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: 138OBJ | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14901989 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 28 2025 00:39:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14536776 | | Email/Text: edbknotices@ecmc.org | Oct 28 2025 00:39:00 | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 14536775 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 28 2025 00:39:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025                Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

**Name**                **Email Address**

CAMERON DEANE
　　on behalf of Debtor Edwin Ackerman Jr. cdeane@weltman.com, tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

HARRY B. REESE
　　on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
　　on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

KARINA VELTER
　　on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

PAUL H. YOUNG
　　on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 27, 2025 | Form ID: 138OBJ | Total Noticed: 20 |

PAUL H. YOUNG
  on behalf of Debtor Edwin Ackerman Jr. support@ymalaw.com,
  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
  ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 111 − 109

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Edwin Ackerman Jr. ) | Case No. 20−13657−djb |
| ) | |
| ) | |
|   Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 27, 2025

For The Court

Mohung Wong
Clerk of Court